IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHEILA MARIE WILLIAMS                                                          PLAINTIFF

    v.        CIVIL NO. 2:18-CV-2054

ANDREW M. SAUL,[1] Commissioner,
Social Security Administration                                                 DEFENDANT

## JUDGMENT

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 30th day of August, 2019.

                                              /s/ *Erin L. Wiedemann*
                                              HON. ERIN L. WIEDEMANN
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul, has been appointed to serve as Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.